```
        ___ FILED  ___ LODGED
                 ___ RECEIVED
              MAY 04 2017
            CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON AT TACOMA
  BY                              DEPUTY
```

Magistrate Judge David W. Christel

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff

v.

ANDRES MAURICE MENDEZ,

Defendant.

NO. MJ17-5085

COMPLAINT for VIOLATION

Title 18, United States Code, Section 1073

BEFORE, David W. Christel, United States Magistrate Judge, U.S. Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT ONE
### (Flight to Avoid Prosecution)

On a date unknown, but since March 25, 2010, at Tacoma, within the Western District of Washington, ANDRES MAURICE MENDEZ did knowingly move and travel in interstate and foreign commerce from Tacoma, Washington, to Mexico, with the intent to avoid prosecution for the crime of felony murder under the laws of the State of Washington.

All in violation of Title 18, United States Code, Section 1073.

COMPLAINT/MENDEZ - 1
USAO# 2017R00495

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    The undersigned complainant being duly sworn further states:

2    1.    I, Terrance G. Postma, am a Special Agent of the Federal Bureau of

3    Investigation (FBI) assigned to the Seattle Division's Tacoma Resident Agency. I have

4    been employed as a Special Agent of the FBI for approximately fifteen years and am

5    currently assigned to the Seattle Division's Tacoma Resident Agency. I am currently

6    assigned to investigate violent crimes and violent criminal acts. Part of my assigned case

7    load involves the investigation of cases involving flight to avoid prosecution.

8    2.    The statements contained in this affidavit are based upon my investigation

9    and information provided to me by other law enforcement officers. I have not included

10   each and every fact known to me or other investigative personnel concerning this

11   investigation. I have set forth only the facts that I believe are necessary to establish

12   probable cause to believe that ANDRES MAURICE MENDEZ has traveled in interstate or

13   foreign commerce with the intent to avoid prosecution in violation of Title 18, United

14   States Code, Section 1073.

15   3.    Based on the investigation by Tacoma Police, there is probable cause to

16   believe that ANDRES MAURICE MENDEZ is a homicide suspect in the shooting to death

17   of J. Lucas on March 25, 2010, and that he knowingly fled the state of Washington to

18   avoid being prosecuted in Pierce County Superior Court for the murder of Mr. Lucas in

19   violation of Title 18, United States Code, Section 1073. A bench warrant was issued for

20   ANDRES MAURICE MENDEZ in the Pierce County Superior Court on March 30, 2010,

21   under cause number 10-1-01402-4.

22                           **SUMMARY OF PROBABLE CAUSE**

23                                   The Lucas Murder

24   4.    On March 25, 2010, Tacoma Police responded to an alley behind a

25   residence in the 7000 block of Puget Sound Avenue regarding a shooting. When police

26   arrived, they discovered the victim, J. Lucas, being tended to by two friends. Lucas

27   appeared to have been shot once in the chest. Police started life support and were

28

1  relieved by Fire Department medics.  Lucas was transported to a trauma center where he
2  was pronounced dead.

3      5.     Police identified two witnesses who reported that they and Lucas returned
4  to the residence in the 7000 block of Puget Sound Avenue and saw a group of people in
5  the alley near a white Intrepid.  The first witnesses stated that the group was getting into a
6  gray Nissan Maxima or Altima, which drove away and returned a few minutes later when
7  the occupants of the vehicle got out. Two male subjects approached the witness telling
8  him to give them his wallet.  The witness told the subjects "no," and the subjects began to
9  grab at his pockets.  The witness stated that he was knocked to the ground and was
10  punched and kicked multiple times.  Police noted that this witness was holding his right
11  ear and had blood covering his face and hands.  The witness stated that he heard one
12  gunshot, but did not see who did the shooting.

13      6.     Police transported the second witness from the scene and took his
14  statement, which was consistent with the information provided by the first witness and
15  that the subjects demanded money and asked, "Where is Reynaldo?"  This witness stated
16  that as the attackers moved back toward the Nissan, a single shot was fired.

17      7.     Police interviewed residents that lived nearby.  The residents stated that
18  they yelled into the alley that the police had been called, and that the group moved to a
19  car when a single shot was fired.  The suspect car then fled the scene.

20      8.     On March 26, 2010, Tacoma Police detectives identified a vehicle as
21  possibly being related to the homicide investigation.  Police were able to locate that
22  vehicle and detained the four occupants, including a juvenile, L.V.

23      9.     L.V., after being advised of his rights, stated that the previous night, he was
24  with Richard Sanchez, when they received a phone call from Byron Enrique Alvarez
25  telling them to go to the Motel 6 on Hosmer Street.  While at the Motel 6, L.V. met up
26  with Alvarez, Santiago Mederos, and MENDEZ.  L.V. stated that Alvarez was driving a
27  newer silver four-door vehicle belonging to Alvarez.  L.V. stated that everyone

28

COMPLAINT/MENDEZ - 3
USAO# 2017R00495

1 | (including MENDEZ) got into the vehicle and drove to an alley behind a residence in the
2 | 7000 block of Puget Sound Avenue to get back money from somebody called
3 | "Reynaldo." L.V. stated that when they drove into the alley, they broke into and
4 | ransacked a vehicle that belonged to "Reynaldo." After they broke into the vehicle, three
5 | males arrived. The three males confronted L.V.'s group, and they began fighting. L.V.
6 | stated that when his group started to lose the fight, they retreated to their vehicle. Before
7 | two members of the group got back into the vehicle, L.V. heard a single gunshot followed
8 | by the two members of the group getting into the vehicle and saying "go, go, go."

<u>Flight to Mexico</u>

10. In February 2011, Tacoma Police Department detectives took a taped statement from A.R. During that interview A.R. stated that he or she drove MENDEZ and Richard Sanchez from Tacoma to a Greyhound bus station in Medford, Oregon.

11. In April 2010, Tacoma Police Department Detectives spoke with Alenna Johnson, sister of MENDEZ, who at the time was living in St. George, Utah. Johnson stated that she had picked up MENDEZ and a friend, "Richard," whom she later identified as Richard Sanchez, at a Greyhound bus station in St. George, Utah. After a brief stay at their home, Johnson's husband, Devin Johnson, drove MENDEZ and Sanchez to Las Vegas, Nevada.

12. Later in April 2010, Tacoma Police Department Detectives spoke with Rex Conkright, who was reported to be the uncle of MENDEZ and was living in Cuernavaca, Mexico at that time. Conkright told detectives that he had received a phone call from MENDEZ who stated that he was in Mexico City.

//

//

//

COMPLAINT/MENDEZ - 4
USAO# 2017R00495

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    13.    Based on the investigations conducted by the Tacoma Police Department,

2  there is probable cause to believe that ANDRES MAURICE MENDEZ is a homicide

3  suspect in the death of J. Lucas on March 25, 2010, and that he knowingly fled the state

4  of Washington to avoid being prosecuted in Pierce County Superior Court for the murder

5  of Lucas, in violation of Title 18, United States Code, Section 1073.

6

7                            _Terrance G. Postma_

8                            TERRANCE G. POSTMA
                             Complainant
9                            Federal Bureau of Investigation

10       Based on the Complaint and Affidavit sworn to before me, and subscribed in my

11  presence, the Court hereby finds that there is probable cause to believe the Defendant

12  committed the offense set forth in the Complaint.

13

14  Dated this ___4th___ day of May, 2017.

15

16                            _David W. Christel_

17                            DAVID W. CHRISTEL
                             United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28

COMPLAINT/MENDEZ - 5
USAO# 2017R00495