The Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRES MAURICE MENDEZ,<br><br>Defendant. | NO. MJ17-5085<br><br>MOTION TO DISMISS COMPLAINT |

On May 4, 2017, a Complaint was filed in the Western District of Washington charging Defendant ANDRES MAURICE MENDEZ with Unlawful Flight to Avoid Prosecution (UFAP), in violation of Title 18, United States Code, Section 1073.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government may dismiss a pending Complaint with the leave of Court. The government now seeks the Court's leave to dismiss the Complaint in this matter. It seeks dismissal so that MENDEZ may face prosecution in the Superior Court of Pierce County on pending murder and other related charges.

//
//
//

MOTION TO DISMISS COMPLAINT / *United States v. Mendez* - 1
USAO# 2017R00495

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3822

The government respectfully requests that this Court dismiss the Complaint against ANDRES MAURICE MENDEZ without prejudice.  A Proposed Order is attached to this Motion.

DATED this 3rd day of September, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ André M. Peñalver*
ANDRÉ M. PEÑALVER
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: andre.penalver@usdoj.gov

MOTION TO DISMISS COMPLAINT / *United States v. Mendez* - 2
USAO# 2017R00495

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3822